### 40509. HARTFORD ACCIDENT & INDEMNITY COMPANY v. HULSEY.

EBERHARDT, Judge. Our judgment in this case, 109 Ga. App. 169 (135 SE2d 494), having been reversed by the Supreme Court of Georgia in *Hartford Accident & Indemnity Co. v. Hulsey*, 220 Ga. 240 (138 SE2d 310), we hereby vacate our judgment and enter another reversing the judgment of the trial court for the reasons stated by the Supreme Court in its opinion.

*Judgment reversed. Bell, P. J., and Jordan, J., concur.*

DECIDED OCTOBER 8, 1964.

*Wheeler, Robinson & Thompson, B. Carl Buice,* for plaintiff in error.

*Telford, Wayne & Greer, Jeff C. Wayne, Dent Bostick,* contra.